1  Eric J. Farber, SBN 169472
   Alexandra Foote, SBN 225695
2  FARBER & FOOTE, LLP
   436 14th Street, Suite 1520
3  Oakland, California 94612
   Telephone: 510-444-2512
4  Facsimile: 866-819-6169

5  Attorneys for Defendant:
   Maria Maria Holdings, Inc.,
6  a Delaware Corporation

7
                    UNITED STATES DISTRICT COURT
8
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

| 11 | **TOM GONZALES,** | Case No.: CV 11 6265 JCS |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | vs. | **STIPULATION BETWEEN DEFENDANT MARIA MARIA HOLDINGS, INC. and** |
| 14 | **RDCo 44, LLC, a California limited liability company, McCovey's Inc., a California corporation, MARIA MARIA HOLDINGS, Inc., a Delaware corporation, JEFFREY DUDUM, an individual, RICK DUDUM, an individual, ROCKY DUDUM, an individual, DOES 1 through 20, inclusive,** | **PLAINTIFF TOM GONZALES TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 15 | | |
| 16 | | |
| 17 | | **BEFORE THE HON. Joseph C. Spero** |
| 18 | Defendants. | |

---

Farber & Foote LLP – Defendant Maria Maria Holdings, Inc.
Stipulation to Extend Time
*Gonzales v. RDCo 44, LLC, etal.*, Case No. CV-11 6265 JCS
Northern District of California, San Francisco Division

Plaintiff Tom Gonzales and Defendant Maria Maria Holdings, Inc. hereby Stipulate to allow Defendant Maria Maria Holdings, Inc. to file responsive pleadings to the Plaintiff's Complaint no later than February 9, 2011.

We hereby Stipulate to the above:

Dated this January 11, 2012

FARBER & FOOTE, LLP

BY: _____/s/_____
      Eric J. Farber, SBN 169472
      Attorney for Defendants
      Maria Maria Holdings, Inc.

Dated this January 11, 2012

LAW OFFICES OF DAVID C. WINTON

BY: ___/s/_____
      David C. Winton, SBN 152417
      Attorney for Plaintiff
      Tom Gonzales

IT IS SO ORDERED:

_____  Dated: Jan. 12, 2012
Hon. Joseph C. Spero

---

Farber & Foote LLP – Defendant Maria Maria Holdings, Inc.
Stipulation to Extend Time
*Gonzales v. RDCo 44, LLC, etal.*, Case No. CV-11 6265 JCS
Northern District of California, San Francisco Division

## CERTIFICATE OF SERVICE

I, Shauna Hardeman, under penalty of perjury under the laws of the State of California that the following facts are true and correct.

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Farber & Foote, LLP law firm and my business address is 436 14th Street, Suite 1520, Oakland, California 94612.

I certify that on January 11, 2012, a copy of the:

**Stipulation to Extend Time to Respond to Complaint**

was filed electronically through the Northern District of California ECF Filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Executed on January 11, 2012 at Oakland, California