1 Eric J. Farber, SBN 169472
Alexandra Foote, SBN 225695
2 FARBER & FOOTE, LLP
436 14th Street, Suite 1520
3 Oakland, California 94612
Telephone: 510-444-2512
4 Facsimile: 866-819-6169

5 Attorneys for Defendant:
Maria Maria Holdings, Inc.,
6 a Delaware Corporation

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TOM GONZALES, | Case No.: CV 11 6265 JCS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION BETWEEN DEFENDANTS MARIA MARIA HOLDINGS, INC., RDCO 44, LLC, and ROCKY DUDUM and PLAINTIFF TOM GONZALES TO EXTEND TIME TO RESPOND TO COMPLAINT |
| RDCo 44, LLC, a California limited liability company, McCovey's Inc., a California corporation, MARIA MARIA HOLDINGS, Inc., a Delaware corporation, JEFFREY DUDUM, an individual, RICK DUDUM, an individual, ROCKY DUDUM, an individual, DOES 1 through 20, inclusive, | |
| | BEFORE THE HON. Joseph C. Spero |
| Defendants. | |

1  Plaintiff Tom Gonzales and Defendants Maria Maria Holdings, Inc., RDCo 44, LLC and Rocky
2  Dudum hereby Stipulate to allow Defendants Maria Maria Holdings, Inc., RDCo 44, LLC and Rocky
3  Dudum to file responsive pleadings to the Plaintiff's Complaint no later than **March 9, 2012**. The
4  Parties have been discussing mediation regarding this and another pending case between the parties in
5  California State Court. The Parties continue to do so.
6  We hereby Stipulate to the above:
7  Dated this   February 10, 2012

FARBER & FOOTE, LLP

By: /s/
Eric J. Farber, SBN 169472
Attorneys for Defendant
Maria Maria Holdings, Inc.

12  Dated this  February 10, 2012

RING HUNTER HOLLAND & SCHENONE, LLP

By: [signature]
Steven N. Holland, SBN 132321
Attorneys for Defendants
RDCo 44, LLC and Rocky Dudum

17  Dated this   2/10/12

LAW OFFICES OF DAVID C. WINTON

By: /s/
David C. Winton, SBN 152417
Attorney for Plaintiff
Tom Gonzales

23  GOOD CAUSE APPEARING, IT IS SO ORDERED:

Hon. Jose [signature — Judge Joseph C. Spero]   Dated: Feb. 13, 2012

Farber & Foote, LLP of Defendant Maria Maria Holdings, Inc.
Stipulation to Extend Time
*Gonzales v. RDCo 44, LLC, et al.*, Case No. CV-11 6265 JCS
Northern District of California, San Francisco Division

# CERTIFICATE OF SERVICE

I, Shauna Hardeman, under penalty of perjury under the laws of the State of California that the following facts are true and correct.

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Farber & Foote, LLP law firm and my business address is 436 14th Street, Suite 1520, Oakland, California 94612.

I certify that on February 10, 2012, a copy of the:

**Stipulation to Extend Time to Respond to Complaint**

was filed electronically through the Northern District of California ECF Filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Executed on February 10, 2012 at Oakland, California

---

Farber & Foote LLP – Defendant Maria Maria Holdings, Inc.
Stipulation to Extend Time
*Gonzales v. RDCo 44, LLC, etal.*, Case No. CV-11 6265 JCS
Northern District of California, San Francisco Division