Eric J. Farber, SBN 169472
Eric.Farber@FarberFoote.com
Alexandra Foote, SBN 225695
Alexandra.Foote@FarberFoote.com
Diana Romanovska, SBN 281411
Diana.Romanovska@FarberFoote.com
FARBER & FOOTE, LLP
436 14th Street, Suite 1520
Oakland, California 94612
Telephone: 510-444-2512
Facsimile: 866-819-6169

Attorneys for Defendant:
Maria Maria Holdings, Inc.,
a Delaware Corporation

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM GONZALES,<br><br>      Plaintiff,<br><br>     vs.<br><br>RDCo 44, LLC, a California limited liability company, McCovey's Inc., a California corporation, MARIA MARIA HOLDINGS, Inc., a Delaware corporation, JEFFREY DUDUM, an individual, RICK DUDUM, an individual, ROCKY DUDUM, an individual, DOES 1 through 20, inclusive,<br><br>     Defendants. | Case No.: CV 11 6265 IS<br><br>**STIPULATION FOR REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 6, 2012 at 2:30 PM**<br><br>**BEFORE THE HON.** Judge Susan Illston |

1   Plaintiff Tom Gonzales and Defendants Maria Maria Holdings, Inc., RDCo 44, Inc. and Rocky

2   Dudum hereby request this Honorable Court to continue the Case Management Conference to April 6,

3   2012 at 2:30 PM.

4   Currently, the Case Management Conference is set for March 30, 2012 at 2:30 PM.  Counsel for

5   Defendant Maria Maria Holdings, Inc. will be in New York City and unavailable.  Further, the Parties

6   are discussing the possibility of referring this matter back to Magistrate Judge Spero for all purposes.

7   Therefore, the Parties respectfully request this Court continue the Case Management

8   Conference to April 6, 2012 at 2:30 PM.

9

10  We hereby Stipulate to the above:

11

12  Dated this:   March 23, 2012

13

14                           FARBER & FOOTE, LLP

15

16                           BY: _____/s/_____
                                  Eric J. Farber, SBN 169472
17                                Attorney for Defendants
                                  Maria Maria Holdings, Inc.
18

19

20  Dated this:  March 23, 2012

21                           LAW OFFICES OF DAVID C. WINTON

22

23                           BY: ____/s/_____
                                  David C. Winton, SBN 152417
24                                Attorney for Plaintiff
                                  Tom Gonzales
25

_____
Farber & Foote LLP – Defendant Maria Maria Holdings, Inc.
Request to Continue Case Management Conference
*Gonzales v. RDCo 44, LLC, etal.*, Case No. CV-11 6265 IS
Northern District of California, San Francisco Division

1  Dated this:  March 23, 2012

2

3                                          RING, HUNTER, HOLLAND & SCHENONE,
                                           LLP
4

5                                          BY:   ___/s/_____
                                                 Steve Holland, SBN 132321
6                                                Attorneys for Defendants
                                                 RDCO 44, Inc. & Rocky Dudum
7

8

9  GOOD CAUSE APPEARING IT IS SO ORDERED:

10

11  _____        3/26/12

12  Hon. Judge Susan Illston

13

14

15

16

17

18

19

20

21

22

23

24

25

---

Farber & Foote LLP – Defendant Maria Maria Holdings, Inc.
Request to Continue Case Management Conference
*Gonzales v. RDCo 44, LLC, etal.*, Case No. CV-11 6265 IS
Northern District of California, San Francisco Division

## CERTIFICATE OF SERVICE

I, Shauna Hardeman, under penalty of perjury under the laws of the State of California that the following facts are true and correct.

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Farber & Foote, LLP law firm and my business address is 436 14th Street, Suite 1520, Oakland, California 94612.

I certify that on March 23, 2012, a copy of the:

**Request to Continue Case Management Conference**

was filed electronically through the Northern District of California ECF Filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Executed on March 23, 2012 at Oakland, California

_Shauna Hardeman_

Shauna Hardeman

---

Farber & Foote LLP – Defendant Maria Maria Holdings, Inc.
Request to Continue Case Management Conference
*Gonzales v. RDCo 44, LLC, etal.,* Case No. CV-11 6265 IS
Northern District of California, San Francisco Division