IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM GONZALES,          No. C 11-06265 SI

        Plaintiff,          **PRETRIAL PREPARATION ORDER**

   v.

RDCO 44 LLC,

        Defendant.
                                          /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 29, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 14, 2012.

DESIGNATION OF EXPERTS: 11/1/12; REBUTTAL: 11/16/12.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 14, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by January 18, 2013;

    Opp. Due February 1, 2013; Reply Due February 8, 2013;

    and set for hearing no later than February 22, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 26, 2013 at 3:30 PM.

JURY TRIAL DATE: April 8, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff anticipates filing requests for default's as to the following defts: 1) McCovey's Inc., 2) Jeffery Dudum, and 3) Rick Dudum

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/10/12

                                            SUSAN ILLSTON
                                            United States District Judge