IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALES,<br><br>        Plaintiff,<br>  v.<br><br>RDCo44, LLC, et al.,<br><br>        Defendants.<br>                                          / | No. C 11-6265 SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL DECEMBER 18, 2012 AT 10:00 A.M.** |

The Case Management Conference currently scheduled for Friday, December 14, 2012 is continued until **Tuesday, December 18, 2012 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: December 13, 2012

SUSAN HILLSTON
United States District Judge