IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALES, | No. C 11-6265 SI |
| Plaintiff, | |
| v. | **ORDER TO ATTEND MEDIATION** |
| RDCo44, LLC, et al., | |
| Defendants. | |

In accordance with discussions with all counsel at the Case Management Conference today, the Court ORDERS that all parties complete a further mediation session before January 11, 2013.

This order does not include defendants Rick Dudum, McCovey's, Inc. or Jeff Dudum, all of whom plaintiff will be dismissing by December 24, 2012.

**IT IS SO ORDERED.**

Dated: December 18, 2012

SUSAN HILLSTON
United States District Judge