IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM GONZALES, | No. C 11-06265 SI |
| Plaintiff, | **ORDER RE DISCOVERY DISPUTES** |
| v. | |
| RDCO 44, LLC, et al., | |
| Defendants. | |

The parties have filed two discovery letters with the Court requesting that it resolve discovery disputes. Docket No. 58, 59.

The Court reaffirms its ruling at the December 18, 2012 case management conference, directing that plaintiff is given leave to take ½ day depositions of witnesses Fidel Bochio, Isaac Vaughn and appraiser Allen. (Dkt. 58) No limitation is imposed on use of declarations during the dispositive motion briefing.

Defendants' requests to shorten the time for plaintiff Gonzales to review his deposition and to require Gonzales to provide another half day deposition are DENIED. (Dkt. 59)

**IT IS SO ORDERED.**

Dated: December 26, 2012

SUSAN ILLSTON
United States District Judge