IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM GONZALES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RDCO 44 LLC, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C 11-6265 SI<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

　　　The parties to the action, by their counsel, have advised the Court that they have agreed to a settlement.

　　　IT IS HEREBY ORDERED that the claims filed by the parties identified in the caption are DISMISSED WITH PREJUDICE. However, if any party hereto certifies to this Court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

　　　**IT IS SO ORDERED.**

Dated: January 23, 2013

　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE