DAVID C. WINTON (SBN 152417)
LAW OFFICES OF DAVID C. WINTON
2 Ranch Drive, Suite 8
Novato, CA 94945
Telephone: (415) 421-5800; Facsimile: (415) 358-4122

Attorneys for Plaintiff TOM GONZALES

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM GONZALES, ) | Case No. CIV-11-06265 SI |
| ) | |
| Plaintiff, ) | REQUEST FOR DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| RDCo 44, LLC, a California limited ) | |
| liability company, McCOVEY'S, INC., a ) | |
| California corporation, MARIA MARIA ) | |
| HOLDINGS, INC., a Delaware ) | |
| corporation, JEFFERY DUDUM, an ) | |
| individual, RICK DUDUM, an individual, ) | |
| ROCKY DUDUM, an individual, DOES 1 ) | |
| through 20, inclusive. ) | |
| ) | |
| Defendants. ) | |

PURSUANT TO FRCP 41, after settlement of all claims in the captioned matter and satisfaction of all terms thereof, Plaintiff Tom Gonzales hereby requests that the Court dismiss this action with prejudice as to all parties and all claims.

Dated: April 03, 2013                LAW OFFICES OF DAVID C. WINTON

By: _____
    DAVID C. WINTON
    Attorneys for Plaintiff
    TOM GONZALES

Gonzales v. RDCo 44, LLC, et al. – Page 1